1

2

3

4

5

6

7

8

9          UNITED STATES DISTRICT COURT

10          EASTERN DISTRICT OF CALIFORNIA

11

12   LEANNE CREEDON,                          1:07-cv-001354 OWW-DLB  (PC)

13
                    Plaintiff,               ORDER DENYING MOTION FOR
14                                           APPOINTMENT OF COUNSEL
            v.                               (DOCUMENT #3)
15
     CENTRAL CALIFORNIA WOMEN'S
16   FACILITY, et al.,

17
                    Defendants.
18   _____/

19
                    Plaintiff has requested the appointment of counsel.  The United States Supreme Court
20
     has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983
21
     cases.  Mallard v. United States District Court for the Southern District of Iowa, 490 U.S. 296, 298, 109
22
     S.Ct. 1814, 1816 (1989).  In certain exceptional circumstances, the court may request the voluntary
23
     assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  Rand v. Rowland, 113 F.3d 1520, 1525 (9th
24
     Cir. 1997).  Without a reasonable method of securing and compensating counsel, this court will seek
25
     volunteer counsel only in the most serious and exceptional cases.
26
                    In the present case, the court does not find the required exceptional circumstances.  See
27
     Rand, 113 F.3d at 1525.  Even if it is assumed that plaintiff is not well versed in the law and that she
28

-1-

has made serious allegations which, if proved, would entitle her to relief, her case is not exceptional. This court is faced with similar cases almost daily.  Therefore, plaintiff's request for the appointment of counsel shall be denied.

         In accordance with the above, plaintiff's request for the appointment of counsel is HEREBY DENIED.

     IT IS SO ORDERED.

     **Dated:   September 24, 2007**         **/s/ Dennis L. Beck**
                                                UNITED STATES MAGISTRATE JUDGE