1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  LEANNE CREEDON,                          CASE NO. 1:07-cv-01354-OWW-DLB PC

10              Plaintiff,                  ORDER ADOPTING FINDINGS AND
                                           RECOMMENDATIONS, AND DISMISSING
11       v.                                ACTION, WITH PREJUDICE, FOR FAILURE
                                           TO STATE A CLAIM AND FAILURE TO
12  CENTRAL CALIFORNIA WOMEN'S             OBEY A COURT ORDER
    FACILITY, et al.,
13                                         **This dismissal SHALL COUNT AS A**
                Defendants.                **STRIKE PURSUANT TO 28 USC 1915(g)**
14
                                        /
15

16      Plaintiff Leanne Creedon ("plaintiff") is a state prisoner proceeding pro se in this civil rights

17  action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

18  pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

19      On June 24, 2008, the Magistrate Judge filed a Findings and Recommendations herein which

20  was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and

21  Recommendations was to be filed within thirty days.  Plaintiff did not file a timely Objection to the

22  Findings and Recommendations.

23      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a

24  de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings

25  and Recommendations to be supported by the record and by proper analysis.

26  ///

27  ///

28  ///

1

Accordingly, IT IS HEREBY ORDERED that:

1.      The Findings and Recommendations, filed June 24, 2008, is adopted in full; and

2.      This action is dismissed, with prejudice, based on plaintiff's failure to state a claim, and for failure to obey the court's order of May 7, 2008.  This dismissal SHALL COUNT AS A STRIKE PURSUANT TO 28 USC 1915(g).

IT IS SO ORDERED.

**Dated:    August 14, 2008**              /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE